UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

BRIEN CROSBY, et al.,

    Plaintiffs,

v.

KEYSTONE RV COMPANY,

    Defendant.

Case No. 3:24-CV-33-CCB-SJF

## ORDER

Pursuant to the Stipulation to Dismiss [DE 25] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED with prejudice, each party bearing its own costs. The Clerk is DIRECTED to close this case.

SO ORDERED.

December 6, 2024

                    /s/*Cristal C. Brisco*
                    CRISTAL C. BRISCO, JUDGE
                    UNITED STATES DISTRICT COURT